**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2105**

LAVERN R. CRUMP,

             Plaintiff - Appellant,

      v.

MONTGOMERY COUNTY BOARD OF EDUCATION; JERRY D. WEAST; CARMEN
L. VAN ZUTPHEN,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Paul W. Grimm, District Judge.  (8:12-
cv-03378-PWG)

Submitted:  January 22, 2015          Decided:  January 26, 2015

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lavern R. Crump, Appellant Pro Se.  Christine M. Collins, Edward
Barry Lattner, COUNTY ATTORNEY'S OFFICE, Rockville, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lavern R. Crump seeks to appeal the district court's order dismissing her employment discrimination action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on October 25, 2013. The notice of appeal was filed on October 14, 2014. Because Crump failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2